IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HILTON LAWRENCE BROWN,  No. C-09-2331 TEH (PR)

    Petitioner,

    v.

PELICAN BAY STATE PRISON, et. al.,  ORDER OF DISMISSAL

    Respondent(s).

    This habeas corpus action by a pro se prisoner was filed on May 27, 2009. The court notified Petitioner in writing at that time that the action was deficient because he did not pay the requisite $ 5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Petitioner was advised that failure to file the requested items within 30 days would result in dismissal of the action.

    Almost 50 days have elapsed since Petitioner was notified

1  of his filing deficiency; however, he has not provided the Court
2  with the requisite items, or sought an extension of time to do so.
3  The action, therefore, is DISMISSED without prejudice.
4           The Clerk shall close the file and terminate all pending
5  motions as moot.

7           IT IS SO ORDERED.

9  DATED    07/13/09
10                                  THELTON E. HENDERSON
                                    United States District Judge

26  G:\PRO-SE\TEH\HC.09\Brown-09-2331-dismissal-ifp.wpd

**2**